(Post 11/2015)



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### Central DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 0 2020

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

Valary Ward Nellum

90 Greystone Blvd

Cabot, Arkansas 72023
   (Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:20-cv-1436-LPR
(case number to be supplied by the assignment clerk)

Arkansas Children's Hospital

1919 W 12th Street

Little Rock, Arkansas 72202
   (Name of defendant or defendants)

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Ray**

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, **Valary Ward Nellum** (name of plaintiff), is a citizen of the United States and resides at **90 Greystone Blvd** (street address), **Cabot** (city), **Lonoke** (county), **Ar** (state), **72023** (ZIP), **5019601473** (telephone).

3. Defendant, **Arkansas Children's Hospital** (name of defendant), lives at, or its business is located at **1919 W 12th** (street address), **Little Rock** (city), **Pulaski** (county), **Arkansas** (state), **72202** (ZIP).

4. Plaintiff sought employment from the defendant or was employed by the



defendant at  1919 W 12th                          , Little Rock                          ,
              (street address)                       (city)
Pulaski                , Arkansas                 , 72023              .
(county)                 (state)                    (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about  03/10/2020                          .
(month)    (day)    (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about  07/21/2020                    .
(month)    (day)    (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on  09/16/2020                    , a copy of which notice
(month)    (day)    (year)
is attached to this complaint.

8. Because of plaintiff's (1) __X__ race, (2) _____ color, (3) _____ sex, (4) _____ religion, (5) _____ national origin, defendant:

   (a) _____ failed to employ plaintiff.

   (b) __X__ terminated plaintiff's employment.

   (c) _____ failed to promote plaintiff.

   (d) _____

   _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were



as follows: Please see attached complaint and EEOC right to sue letter

10. The acts set forth in paragraph 9 of this complaint:

   (a) _____ are still being committed by defendant.

   (b) __X__ are no longer being committed by defendant.

   (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) __X__ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) _____ Defendant be directed to _____

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>493-2020-01634 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. VALARY NELLUM** | Home Phone<br>**(501) 960-1473** | Year of Birth |
|---|---|---|
| Street Address<br>**90 GREYSTONE BLVD, CABOT, AR 72023** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**ARKANSAS CHILDREN'S HOSPITAL** | No. Employees, Members<br>**201 - 500** | Phone No. |
|---|---|---|
| Street Address<br>**1 CHILDREN'S WAY, LITTLE ROCK, AR 72206** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest         Latest<br>**03-10-2020   06-26-2020**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I was hired on October 12, 2012 as an Administrative Accountant 1. I previously filed EEOC Charges in 2019 and 2020. Since filing my charges, I have received written disciplinary actions. In March 2020, I returned from FMLA to find that I had been removed from desk accounts and required to take remedial training. This was not they typical protocol for our department and others returning from absences were not similarly treated. I filed a complaint with Human Resources about the situation. I received a write-up in June 2020, and was thereafter suspended and discharged.**

**I was advised I was written up for performance/attendance reasons, which I dispute. I was advised I was suspended and discharged for allegedly submitting a malicious complaint regarding my supervisor, which I also dispute.**

**I believe I was harassed, disciplined, suffered disparate terms and conditions of employment in the manner of and not limited to being removed from my desk accounts and required to**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Valary Nellum on 09-15-2020 10:37 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**493-2020-01634** |
|---|---|---|
| | | and EEOC |
| *State or local Agency, if any* | | |

attend remedial training, and discharged because of my disability and/or being regarded as disabled; and, in retaliation for having availed myself of accommodation via FMLA leave, in violation of the Americans with Disabilities Act of 1990, as amended; and, in retaliation for having filed prior EEOC charges, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Valary Nellum on 09-15-2020 10:37 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |



## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

**Disabled:** I do not have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American,

**National Origin:** American(U.S.)

## Adverse Action(s)

On 06/12/2020 I was given a written warning alleged I was not following instruction. On June 26th I was terminated for misconduct.

This written warning come after complaining of continuing bullying and harassment against me by my manager Wanda Bilello that occurred March 26th 2020. The complaint was made to Sam Suggs, Chanta Wells, and Lekita Brown.

Witness to this behavior was given for verification.

I believe the continuing harassment, bullying and now termination is a direct attack for filling EEOC discrimination charges in April 2019.

# Supplemental Information

### What Reason(s) were you given for the action taken against you?

On June 23rd I received a voice mail from VP Lekita Brown stating she would be placing me on administrative effective at 10:45 am pending investigation of my original complaint. if it was made in good faith or malicious intent.

On June 26 I spoke to Lekita Brown by phone, she stated it was determine my complaint was not in good faith. And today would be my last day of employment



**Street or Mailing Address:** 90 Greystone Blvd

**Address Line 2:**

**City, State, Zip:** CABOT, AR, 72023

**Country:** UNITED STATES OF AMERICA

**Year of Birth:**

**Email Address:** valarynellum@gmail.com

**Home Phone Number:** (501) 960-1473

**Cell Phone Number:**

## RESPONDENT/Employer

**Organization Name:** ARKANSAS CHILDREN'S HOSPITAL

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** 20 or more employees

**Street or Mailing Address:** 1 Children's Way

**Address Line 2:**

**City, State, Zip Code:** LITTLE ROCK, AR, 72206

**County:** Pulaski

**Phone Number:**

## RESPONDENT CONTACT

**First and Last Name:** Jimmy Duncan

**Email Address:** duncanjk@archildrens.org

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**



# EEOC (INQUIRY) NUMBER: 493-2020-01634

## Inquiry Information

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 06/12/2020

**Reason for Complaint:** Disability, Retaliation - I filed a charge of job discrimination about any of the above, Retaliation - I contacted a government agency to complain about job discrimination, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:**

**Location of Incident:** Arkansas

**Submission (initial inquiry) Date:** 07/21/2020

**Claim previously filed as charge with EEOC?** Yes

**Approximate Date of Filing:** 04/05/2019

**Charge Number:** 493-2019-01101

**Claim previously filed as complaint with another Agency?** No

**Agency Name:** N/A

**Approximate Date of Filing:** N/A

**Nature of Complaint:** N/A

### INQUIRY OFFICE

**Receiving:** Little Rock Area Office

**Accountable:** Little Rock Area Office

### APPOINTMENT

**Appointment Date and time:** 09/14/2020 03:00 PM US/Central

**Interview Type:** Phone

### APPROXIMATE DEADLINE FOR FILING A CHARGE: 12/09/2020

### POTENTIAL CHARGING PARTY

**First Name, Middle Initial:** Valary

**Last Name:** Nellum



with ACH. She informed me I would get something in writing from Human Resources.

### Was anyone in a similar situation treated the same, better, or worse than you?

This is a retaliation complaint.

I filed claim with EEOC April 2019, right to sue letter issued January 2020.

I was on FMLA for my condition Janaury and Feburary 2020. Upon returning from FMLA Wanda Biello had removed me from the group.

She continued to create a hostile environment by defaming my character, harassing me and trying to provoke me. I complained and gave the witness name below that could verify my unfair treatment and Wanda Biello unprofessional behavior.

Derek Hines, Janeth Lowe, and Tammy Nash

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Tammy Nash-still employed

Janeth Lowe- temp employee let go after validating my complaint

Derrick Hines- still employed

### Please tell us any other information about your experience?

Since filing charges with EEOC in 2019 as Human Resources warned me in 2016 by filing a complaint I would be subject to retaliation.